UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                                    CASE NO.  2:14-cr-105-FtM-38CM

JOHN ROBERT HALDEMANN
_____/

**FORFEITURE MONEY JUDGMENT[1]**

This matter comes before the Court on the Plaintiff, the United States of America's Motion for Forfeiture Money Judgment (Doc. #50) filed on May 14, 2015. Pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Rule 32.2(b)(2), Federal Rules of Criminal Procedure, the United States moves the Court for a forfeiture money judgment against defendant John Robert Haldemann in the amount of $14,308.00, representing the amount of proceeds he obtained as a result of the offenses charged in the superseding indictment.

The defendant pleaded guilty to robbing three banks whose deposits are insured by the Federal Deposit Insurance Corporation with force, violence, and intimidation, in violation of 18 U.S.C. § 2113(a), as charged in the superseding indictment.  The Court accepted his plea and adjudged him guilty.

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites.  Likewise, the court has no agreements with any of these third parties or their Web sites.  The court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

Being fully advised in the premises, the Court finds that defendant John Robert Haldemann obtained $14,308.00 in proceeds as a result of the offenses of conviction.

Accordingly, it is hereby

**ORDERED:**

The United States of America's Motion for a Forfeiture Money Judgment Against Defendant John Robert Haldemann in the Amount of $14,308.00 is **GRANTED**.

It is **FURTHER ORDERED** that, pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Rule 32.2(b)(2), Federal Rules of Criminal Procedure, defendant John Robert Haldemann is liable to the United States of America for a forfeiture money judgment in the amount of **$14,308.00**.

The Court retains jurisdiction to effect the forfeiture and disposition of any property belonging to the defendant, which the United States is entitled to seek as a substitute asset under 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c), up to and including the $14,308.00 forfeiture money judgment, and to address any third party claim that may be asserted.

**ORDERED** in Fort Myers, Florida, on this 14th day of May 2015.

*[Signature]*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Counsel of Record