UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                                                                                CASE NO. 2:14-cr-105-FtM-38CM

JOHN ROBERT HALDEMANN

**FORFEITURE MONEY JUDGMENT**

Pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Rule 32.2(b)(2), Federal Rules of Criminal Procedure, the United States moves the Court for a forfeiture money judgment against defendant John Robert Haldemann in the amount of $14,308.00, representing the amount of proceeds he obtained as a result of the offenses charged in the superseding indictment.

The defendant pleaded guilty to robbing three banks whose deposits are insured by the Federal Deposit Insurance Corporation with force, violence, and intimidation, in violation of 18 U.S.C. § 2113(a), as charged in the superseding indictment. The Court accepted his plea and adjudged him guilty.

Being fully advised in the premises, the Court finds that defendant John Robert Haldemann obtained $14,308.00 in proceeds as a result of the offenses of conviction.

Accordingly, it is **ORDERED** that the motion of the United States is GRANTED.

It is FURTHER ORDERED that, pursuant to 18 U.S.C. § 981(a)(1)(C),

28 U.S.C. § 2461(c), and Rule 32.2(b)(2), Federal Rules of Criminal Procedure, defendant John Robert Haldemann is liable to the United States of America for a forfeiture money judgment in the amount of $14,308.00.

The Court retains jurisdiction to effect the forfeiture and disposition of any property belonging to the defendant, which the United States is entitled to seek as a substitute asset under 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c), up to and including the $14,308.00 forfeiture money judgment, and to address any third party claim that may be asserted.

**DONE AND ORDERED** in Fort Myers, Florida, this 23rd day of July, 2015.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies to: All Parties/Counsel of Record